B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>**Central District of California, Riverside Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Okpala, Peterchris** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Peterchris Okpala**<br>**Peterchris Valentine Okpala** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **0264** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**14384 Chumash Pl**<br>**Victorville, CA**<br>ZIPCODE **92394-6755** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**San Bernardino** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter.)*

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

FILED MAY 16 2011

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                                              Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Okpala, Peterchris** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: **N/A** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.  X _____   Signature of Attorney for Debtor(s)        Date |
|---|---|

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Okpala, Peterchris** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Peterchris Okpala**
Signature of Debtor                                    **Peterchris Okpala**

X _____
Signature of Joint Debtor

**(760) 269-6145**
Telephone Number (If not represented by attorney)

**May 16, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Ivette Perez**
Printed Name and title, if any, of Bankruptcy Petition Preparer

**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**
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**3393 14th Street  Suite C**
Address

**Riverside, CA  92501**

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

**May 16, 2011**
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____Riverside_____, California.        /s/ Peterchris Okpala _____

Dated: May 16, 2011                                 _Debtor_

                                                    _____
                                                    _Joint Debtor_

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1**

B201 - Notice of Available Chapters (Rev. 12/08)                                         USBC, Central District of California

Name: **Peterchris Okpala**

Address: **14384 Chumash Pl**

**Victorville, CA  92394-6755**

Telephone: **(760) 269-6145**          Fax: _____

☐ Attorney for Debtor
☑ Debtor in Pro Per

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| List all names including trade names, used by Debtor(s) within last 8 years:<br>**Okpala, Peterchris; Okpala, Peterchris; Okpala, Peterchris Valentine** | Case No.: |
| | **NOTICE OF**<br>**AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts:  (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1. **Services Available from Credit Counseling Agencies**

    **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

    **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

2. **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201 - Notice of Available Chapters (Rev. 12/08)                                        USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

**Ivette Perez**
Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

**3393 14th Street  Suite C  Riverside, CA  92501**

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

**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**
Social Security number (if the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Okpala, Peterchris**
Printed Name(s) of Debtor(s)

Case No. (If known) _____

X /s/ Peterchris Okpala                    **5/16/11**
Signature of Debtor                              Date

X _____
Signature of Joint Debtor (if any)              Date

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (12/09)                                                                                   Page 2

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
### Central District of California, Riverside Division

IN RE:                                                                    Case No. _____

Okpala, Peterchris _____    Chapter **13** _____
                    Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Ivette Perez** _____ | **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** _____ |
| Printed Name and title, if any, of Bankruptcy Petition Preparer | Social Security number (If the bankruptcy |
| Address: | petition preparer is not an individual, state |
| **3393 14th Street  Suite C** _____ | the Social Security number of the officer, principal, responsible person, or partner of |
| **Riverside, CA  92501** _____ | the bankruptcy petition preparer.) |
|  | (Required by 11 U.S.C. § 110.) |

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Okpala, Peterchris** _____ | X **/s/ Peterchris Okpala** _____ | **5/16/2011** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

### United States Bankruptcy Court
### Central District of California, Riverside Division

IN RE:                                                     Case No. _____

Okpala, Peterchris                                         Chapter **13**
_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 183,000.00 | | |
| B - Personal Property | Yes | 3 | $ 6,502.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 241,376.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 10 | | $ 531,194.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | $ 70,385.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 5,800.41 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 3,923.04 |
| TOTAL | | 34 | $ 189,502.00 | $ 842,955.00 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Central District of California, Riverside Division

IN RE:                                                          Case No. _____

Okpala, Peterchris                                          Chapter **13** _____
                        Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 531,194.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 531,194.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 5,800.41 |
| Average Expenses (from Schedule J, Line 18) | $ 3,923.04 |
| Current Monthly Income (from Form 22A Line 12; **OR,** Form 22B Line 11; **OR,** Form 22C Line 20 ) | $ 6,305.49 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 68,376.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 531,194.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 70,385.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 138,761.00 |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE Okpala, Peterchris _____    Case No. _____
                     Debtor(s)                                             (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **14384 Chumash Place, Victorville, CA 92394** | | | **173,000.00** | **237,947.00** |
| **Lot located at Victorville APN No. 0478 345 03** | | | **10,000.00** | **0.00** |
| | | TOTAL | **183,000.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE Okpala, Peterchris                                                    Case No. _____
_____                                              _____
                Debtor(s)                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Bank (wife)<br><br>U.S. Bank | | 2.00<br><br>1,800.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Household furniture and appliances | | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | clothing | | 200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE Okpala, Peterchris _____    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | 2010 tax refund | | 2,500.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Victorville Internationa University online school opened in 2008 non profit corporation no license yet cannot put a value on it. | | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Toyota Solara (finances) | | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Okpala, Peterchris**

Debtor(s)                                                                    Case No. _____

                                                                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 6,502.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ 0 continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE Okpala, Peterchris _____    Case No. _____
                          Debtor(s)                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Lot located at Victorville APN No. 0478 345 03** | CCCP § 703.140(b)(1) | 10,000.00 | 10,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Chase Bank (wife)** | CCCP § 703.140(b)(5) | 2.00 | 2.00 |
| **U.S. Bank** | CCCP § 703.140(b)(1) | 1,800.00 | 1,800.00 |
| **Household furniture and appliances** | CCCP § 703.140(b)(3) | 2,000.00 | 2,000.00 |
| **clothing** | CCCP § 703.140(b)(3) | 200.00 | 200.00 |
| **2010 tax refund** | CCCP § 703.140(b)(1) | 2,500.00 | 2,500.00 |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

IN RE Okpala, Peterchris _____    Case No. _____
                          Debtor(s)                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **623012**<br><br>Vanderbilt Mortgage<br>PO Box 15170<br>Knoxville, TN 37901 | | H | Mortgage account opened 8/07<br><br><br>VALUE $ **173,000.00** | | | | **237,947.00** | **64,947.00** |
| ACCOUNT NO.<br><br>Vanderbilt Mortgage<br>ATTN: BANKRUPTCY DEPT<br>PO Box 9800<br>Maryville, TN 37802-9800 | | | Assignee or other notification for:<br>Vanderbilt Mortgage<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **5620790002**<br><br>Wescom Credit Union<br>123 S Marengo Ave<br>Pasadena, CA 91101-2428 | | H | Installment account opened 10/05<br><br><br>VALUE $ | | | | **3,429.00** | **3,429.00** |
| ACCOUNT NO.<br><br><br><br><br> | | | <br><br><br><br>VALUE $ | | | | | |

_____ **0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **241,376.00** | $ **68,376.00** |
| Total<br>(Use only on last page) | $ **241,376.00** | $ **68,376.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE Okpala, Peterchris _____    Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of all amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**9** continuation sheets attached

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE Okpala, Peterchris _____   Case No. _____
                          Debtor(s)                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2860602641<br>Acs/edfnpart<br>501 Bleecker St<br>Utica, NY 13501-2401 | | H | Installment account opened 8/07 | | | | 44,000.00 | 44,000.00 | |
| ACCOUNT NO. 2860602642<br>Acs/gco Ed Loan Fund<br>501 Bleecker St<br>Utica, NY 13501-2401 | | H | Installment account opened 10/07 | | | | 14,974.00 | 14,974.00 | |
| ACCOUNT NO. 7320109309pa00006<br>Aes/mru<br>PO Box 2461<br>Harrisburg, PA 17105-2461 | | H | Installment account opened 7/06 | | | | 20,206.00 | 20,206.00 | |
| ACCOUNT NO. 7320109309pa00008<br>Aes/nct<br>1200 N 7th St<br>Harrisburg, PA 17102-1419 | | H | Installment account opened 5/07 | | | | 40,416.00 | 40,416.00 | |
| ACCOUNT NO.<br>Aes/nct<br>REINSURANCE DEPT BANKRUPTCY<br>Unit 120 N 7th<br>Harrisburg, PA 17102 | | | Assignee or other notification for:<br>Aes/nct | | | | | | |
| ACCOUNT NO. 7320109309pa00009<br>Aes/rbs Citizens Na<br>PO Box 2461<br>Harrisburg, PA 17105-2461 | | H | Installment account opened 10/07 | | | | 7,123.00 | 7,123.00 | |

Sheet no. ___1___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 126,719.00 | $ 126,719.00 | $ |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE Okpala, Peterchris _____    Case No. _____
                              Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **28606026470**<br>Chase<br>PO Box 6004<br>Ridgeland, MS  39158-6004 | | H | **Installment account opened 7/07 student loan** | | | | 46,626.00 | 46,626.00 | |
| ACCOUNT NO. **5252958**<br>Mrs Bpo Llc<br>1930 Olney Ave<br>Cherry Hill, NJ  08003-2016 | | H | **Open account opened 11/10** | | | | 31,149.00 | 31,149.00 | |
| ACCOUNT NO.<br>National Collegiate Trust | | | **Assignee or other notification for:<br>Mrs Bpo Llc** | | | | | | |
| ACCOUNT NO. **5252960**<br>Mrs Bpo Llc<br>1930 Olney Ave<br>Cherry Hill, NJ  08003-2016 | | H | **Open account opened 11/10** | | | | 16,206.00 | 16,206.00 | |
| ACCOUNT NO.<br>National Collegiate Trust | | | **Assignee or other notification for:<br>Mrs Bpo Llc** | | | | | | |
| ACCOUNT NO. **5252959**<br>Mrs Bpo Llc<br>1930 Olney Ave<br>Cherry Hill, NJ  08003-2016 | | H | **Open account opened 11/10** | | | | 14,152.00 | 14,152.00 | |

Sheet no. **2** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ 108,133.00 | $ 108,133.00 | $ |
|---|---|---|---|---|
| (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | Total | $ | | |
| (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | Total | | $ | $ |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE Okpala, Peterchris _____    Case No. _____
    Debtor(s)                                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **National Collegiate Trust** | | | Assignee or other notification for: Mrs Bpo Llc | | | | | | |
| ACCOUNT NO. 5290384  **Mrs Bpo Llc**  **1930 Olney Ave**  **Cherry Hill, NJ  08003-2016** | | H | Open account opened 11/10 | | | | 12,215.00 | 12,215.00 | |
| ACCOUNT NO.  **National Collegiate Trust** | | | Assignee or other notification for: Mrs Bpo Llc | | | | | | |
| ACCOUNT NO. 5252961  **Mrs Bpo Llc**  **1930 Olney Ave**  **Cherry Hill, NJ  08003-2016** | | H | Open account opened 11/10 | | | | 46,759.00 | 46,759.00 | |
| ACCOUNT NO.  **National Collegiate Trust** | | | Assignee or other notification for: Mrs Bpo Llc | | | | | | |
| ACCOUNT NO. 93079585911000620060  **Sallie Mae**  **PO Box 9500**  **Wilkes Barre, PA  18773-9500** | | H | Installment account opened 2/06 | | | | 1,781.00 | 1,781.00 | |

Sheet no. __3__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $ 60,755.00  $ 60,755.00  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE Okpala, Peterchris                       Case No. _____

                        Debtor(s)                                 (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Sallie Mae** <br> **ATTN: BANKRUPTCY** <br> **PO Box 9500** <br> **Wilkes Barre, PA 18773-9500** | | | **Assignee or other notification for:** <br> **Sallie Mae** | | | | | | |
| ACCOUNT NO. **93079585911001520080** <br> **Sallie Mae** <br> **PO Box 9500** <br> **Wilkes Barre, PA 18773-9500** | | H | **Installment account opened 3/08** | | | | **5,667.00** | **5,667.00** | |
| ACCOUNT NO. <br> **Sallie Mae** <br> **ATTN: BANKRUPTCY** <br> **PO Box 9500** <br> **Wilkes Barre, PA 18773-9500** | | | **Assignee or other notification for:** <br> **Sallie Mae** | | | | | | |
| ACCOUNT NO. **93079585911000220050** <br> **Sallie Mae** <br> **PO Box 9500** <br> **Wilkes Barre, PA 18773-9500** | | H | **Installment account opened 6/05** | | | | **4,959.00** | **4,959.00** | |
| ACCOUNT NO. <br> **Sallie Mae** <br> **ATTN: BANKRUPTCY** <br> **PO Box 9500** <br> **Wilkes Barre, PA 18773-9500** | | | **Assignee or other notification for:** <br> **Sallie Mae** | | | | | | |
| ACCOUNT NO. **93079585911000520060** <br> **Sallie Mae** <br> **PO Box 9500** <br> **Wilkes Barre, PA 18773-9500** | | H | **Installment account opened 2/06** | | | | **3,500.00** | **3,500.00** | |

Sheet no. __4__ of __9__ continuation sheets attached to                Subtotal
Schedule of Creditors Holding Unsecured Priority Claims     (Totals of this page)   $ **14,126.00**   $ **14,126.00**   $

                                               Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

                                               Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)           $      $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE Okpala, Peterchris _____    Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Sallie Mae <br> ATTN: BANKRUPTCY <br> PO Box 9500 <br> Wilkes Barre, PA 18773-9500 | | | Assignee or other notification for: <br> Sallie Mae | | | | | | |
| ACCOUNT NO. 93079585911000120050 <br> Sallie Mae <br> PO Box 9500 <br> Wilkes Barre, PA 18773-9500 | | H | Installment account opened 6/05 | | | | 2,625.00 | 2,625.00 | |
| ACCOUNT NO. <br> Sallie Mae <br> ATTN: BANKRUPTCY <br> PO Box 9500 <br> Wilkes Barre, PA 18773-9500 | | | Assignee or other notification for: <br> Sallie Mae | | | | | | |
| ACCOUNT NO. 93079585911000820070 <br> Sallie Mae <br> PO Box 9500 <br> Wilkes Barre, PA 18773-9500 | | H | Installment account opened 6/07 | | | | 2,539.00 | 2,539.00 | |
| ACCOUNT NO. <br> Sallie Mae <br> ATTN: BANKRUPTCY <br> PO Box 9500 <br> Wilkes Barre, PA 18773-9500 | | | Assignee or other notification for: <br> Sallie Mae | | | | | | |
| ACCOUNT NO. 93079585911001420080 <br> Sallie Mae <br> PO Box 9500 <br> Wilkes Barre, PA 18773-9500 | | H | Installment account opened 3/08 | | | | 9,682.00 | 9,682.00 | |

Sheet no. ____ **5** of ____ **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Totals of this page) | $ 14,846.00 | $ 14,846.00 | $ |
|---|---|---|---|---|
| (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | Total | $ | | |
| (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | Total | | $ | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE Okpala, Peterchris _____     Case No. _____
       Debtor(s)                  (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Sallie Mae** <br> **ATTN: BANKRUPTCY** <br> **PO Box 9500** <br> **Wilkes Barre, PA  18773-9500** | | | **Assignee or other notification for:** <br> **Sallie Mae** | | | | | | |
| ACCOUNT NO. 93079585911001120070 <br> **Sallie Mae** <br> **PO Box 9500** <br> **Wilkes Barre, PA  18773-9500** | | H | **Installment account opened 8/07** | | | | 2,125.00 | 2,125.00 | |
| ACCOUNT NO. <br> **Sallie Mae** <br> **ATTN: BANKRUPTCY** <br> **PO Box 9500** <br> **Wilkes Barre, PA  18773-9500** | | | **Assignee or other notification for:** <br> **Sallie Mae** | | | | | | |
| ACCOUNT NO. 93079585911001220070 <br> **Sallie Mae** <br> **PO Box 9500** <br> **Wilkes Barre, PA  18773-9500** | | H | **Installment account opened 8/07** | | | | 1,939.00 | 1,939.00 | |
| ACCOUNT NO. <br> **Sallie Mae** <br> **ATTN: BANKRUPTCY** <br> **PO Box 9500** <br> **Wilkes Barre, PA  18773-9500** | | | **Assignee or other notification for:** <br> **Sallie Mae** | | | | | | |
| ACCOUNT NO. 93079585911001020070 <br> **Sallie Mae** <br> **PO Box 9500** <br> **Wilkes Barre, PA  18773-9500** | | H | **Installment account opened 7/07** | | | | 47,902.00 | 47,902.00 | |

Sheet no. **6** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ 51,966.00 | $ 51,966.00 | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE Okpala, Peterchris _____    Case No. _____
                          Debtor(s)                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Sallie Mae** <br> **ATTN: BANKRUPTCY** <br> **PO Box 9500** <br> **Wilkes Barre, PA 18773-9500** | | | Assignee or other notification for: <br> **Sallie Mae** | | | | | | |
| ACCOUNT NO. 93079585911000720061 <br> **Sallie Mae** <br> **PO Box 9500** <br> **Wilkes Barre, PA 18773-9500** | | H | **Installment account opened 10/06** | | | | 23,854.00 | 23,854.00 | |
| ACCOUNT NO. <br> **Sallie Mae** <br> **ATTN: BANKRUPTCY** <br> **PO Box 9500** <br> **Wilkes Barre, PA 18773-9500** | | | Assignee or other notification for: <br> **Sallie Mae** | | | | | | |
| ACCOUNT NO. 93079585911001320071 <br> **Sallie Mae** <br> **PO Box 9500** <br> **Wilkes Barre, PA 18773-9500** | | H | **Installment account opened 11/07** | | | | 15,323.00 | 15,323.00 | |
| ACCOUNT NO. <br> **Sallie Mae** <br> **ATTN: BANKRUPTCY** <br> **PO Box 9500** <br> **Wilkes Barre, PA 18773-9500** | | | Assignee or other notification for: <br> **Sallie Mae** | | | | | | |
| ACCOUNT NO. 264799577 <br> **Us Dept Of Ed/glelsi** <br> **2401 International Ln** <br> **Madison, WI 53704-3121** | | H | **Installment account opened 11/08** | | | | 17,478.00 | 17,478.00 | |

Sheet no. __7__ of __9__ continuation sheets attached to                             Subtotal
Schedule of Creditors Holding Unsecured Priority Claims         (Totals of this page) | $ 56,655.00 | $ 56,655.00 | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE Okpala, Peterchris _____    Case No. _____
                             Debtor(s)                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 264798581<br><br>**Us Dept Of Ed/glelsi**<br>**2401 International Ln**<br>**Madison, WI 53704-3121** | | H | **Installment account opened 10/10** | | | | 16,857.00 | 16,857.00 | |
| ACCOUNT NO. 264740577<br><br>**Us Dept Of Ed/glelsi**<br>**2401 International Ln**<br>**Madison, WI 53704-3121** | | H | **Installment account opened 3/09** | | | | 3,027.00 | 3,027.00 | |
| ACCOUNT NO. 264741577<br><br>**Us Dept Of Ed/glelsi**<br>**2401 International Ln**<br>**Madison, WI 53704-3121** | | H | **Installment account opened 8/09** | | | | 20,374.00 | 20,374.00 | |
| ACCOUNT NO. 286060264741577<br><br>**Usded/glelsi**<br>**2401 International Ln**<br>**Madison, WI 53704-3121** | | H | **Installment account opened 8/09** | | | | 20,374.00 | 20,374.00 | |
| ACCOUNT NO. 286060264799577<br><br>**Usded/glelsi**<br>**2401 International Ln**<br>**Madison, WI 53704-3121** | | H | **Installment account opened 11/08** | | | | 17,478.00 | 17,478.00 | |
| ACCOUNT NO. 286060264740577<br><br>**Usded/glelsi**<br>**2401 International Ln**<br>**Madison, WI 53704-3121** | | H | **Installment account opened 3/09** | | | | 3,027.00 | 3,027.00 | |

Sheet no. **8** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 81,137.00 | $ 81,137.00 | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE Okpala, Peterchris _____     Case No. _____
                              Debtor(s)                                            (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 286060264798581<br><br>Usdoe/glelsi<br>2401 International Ln<br>Madison, WI 53704-3121 | | H | Installment account opened 10/10 | | | | 16,857.00 | 16,857.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __9__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ 16,857.00 | $ 16,857.00 | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 531,194.00 | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 531,194.00 | $ |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Okpala, Peterchris _____    Case No. _____
                          Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **49998999**<br>**Access Group Inc**<br>**1411 Foulk Rd**<br>**Wilmington, DE 19803-2773** | | H | Installment account opened 3/09 | | | | **0.00** |
| ACCOUNT NO. **64259465**<br>**Access Group Inc**<br>**1411 Foulk Rd**<br>**Wilmington, DE 19803-2773** | | H | Installment account opened 8/09 | | | | **0.00** |
| ACCOUNT NO. **67215765**<br>**Access Group Inc**<br>**1411 Foulk Rd**<br>**Wilmington, DE 19803-2773** | | H | Installment account opened 11/09 | | | | **0.00** |
| ACCOUNT NO. **946571**<br>**Ad Astra Recovery Serv**<br>**3611 N R R**<br>**Wichita, KS 67205** | | H | Open account opened 8/08 | | | | **315.00** |

__11__ continuation sheets attached

|  | Subtotal (Total of this page) | $ | **315.00** |
|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Okpala, Peterchris _____    Case No. _____
                          Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Speedy Cash 27 | | | Assignee or other notification for:<br>Ad Astra Recovery Serv | | | | |
| ACCOUNT NO. 7320109309pa00001<br>Aes/national Collegiat<br>PO Box 2641<br>Harrisburg, PA  17105-2641 | | H | Installment account opened 9/04 | | | | 0.00 |
| ACCOUNT NO. 7320109309pa00004<br>Aes/national Collegiat | | H | Installment account opened 5/06 | | | | 0.00 |
| ACCOUNT NO. 7320109309pa00003<br>Aes/national Collegiat<br>PO Box 2641<br>Harrisburg, PA  17105-2641 | | H | Installment account opened 11/05 | | | | 0.00 |
| ACCOUNT NO. 7320109309pa00005<br>Aes/nct<br>1200 N 7th St<br>Harrisburg, PA  17102-1419 | | H | Installment account opened 5/06 | | | | 0.00 |
| ACCOUNT NO.<br>Aes/nct<br>REINSURANCE DEPT BANKRUPTCY<br>Unit 120 N 7th<br>Harrisburg, PA  17102 | | | Assignee or other notification for:<br>Aes/nct | | | | |
| ACCOUNT NO. 7320109309pa00007<br>Aes/nct<br>1200 N 7th St<br>Harrisburg, PA  17102-1419 | | H | Installment account opened 5/07 | | | | 0.00 |

Sheet no. ____1____ of ____11____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Okpala, Peterchris _____    Case No. _____
                                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Aes/nct<br>REINSURANCE DEPT BANKRUPTCY<br>Unit 120 N 7th<br>Harrisburg, PA  17102 | | | Assignee or other notification for:<br>Aes/nct | | | | |
| ACCOUNT NO. 7320109309pa00002<br>Aes/nct<br>1200 N 7th St<br>Harrisburg, PA  17102-1419 | | H | Installment account opened 8/05 | | | | 0.00 |
| ACCOUNT NO.<br>Aes/nct<br>REINSURANCE DEPT BANKRUPTCY<br>Unit 120 N 7th<br>Harrisburg, PA  17102 | | | Assignee or other notification for:<br>Aes/nct | | | | |
| ACCOUNT NO. 1027566973<br>Afni, Inc.<br>PO Box 3097<br>Bloomington, IL  61702-3097 | | H | Open account opened 6/10 | | | | 235.00 |
| ACCOUNT NO.<br>Dish Network | | | Assignee or other notification for:<br>Afni, Inc. | | | | |
| ACCOUNT NO. 3499914845949573<br>Amex<br>PO Box 297871<br>Fort Lauderdale, FL  33329-7871 | | H | Open account opened 10/07 | | | | 6,987.00 |
| ACCOUNT NO.<br>Amex<br>PO Box 981535<br>El Paso, TX  79998-1535 | | | Assignee or other notification for:<br>Amex | | | | |

Sheet no. __2__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    |$    7,222.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    |$

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Okpala, Peterchris _____    Case No. _____
          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **43048202**<br>**Arrow Financial Servic**<br>**5996 W Touhy Ave**<br>**Niles, IL  60714-4610** | | H | Open account opened 7/08 | | | | **2,317.00** |
| ACCOUNT NO.<br>**Arrow Financial Servic**<br>**5996 W Touhy Ave**<br>**Niles, IL  60714-4610** | | | Assignee or other notification for:<br>Arrow Financial Servic | | | | |
| ACCOUNT NO.<br>**Ge Money Bank** | | | Assignee or other notification for:<br>Arrow Financial Servic | | | | |
| ACCOUNT NO. **10400000507**<br>**Asset Acceptance Llc**<br>**PO Box 2036**<br>**Warren, MI  48090-2036** | | H | Open account opened 7/10 | | | | **9,863.00** |
| ACCOUNT NO.<br>**Asset Acceptance Llc**<br>**PO Box 2036**<br>**Warren, MI  48090-2036** | | | Assignee or other notification for:<br>Asset Acceptance Llc | | | | |
| ACCOUNT NO.<br>**Citibank** | | | Assignee or other notification for:<br>Asset Acceptance Llc | | | | |
| ACCOUNT NO. **15151064081002510**<br>**Cach Llc**<br>**4340 S Monaco St Fl 2**<br>**Denver, CO  80237-3408** | | H | Open account opened 10/08 | | | | **4,254.00** |

Sheet no. ___3___ of ___11___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **16,434.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Okpala, Peterchris _____    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Cach Llc<br>ATTENTION: BANKRUPTCY DEPARTMENT<br>4340 S Monaco St 2nd Fl<br>Denver, CO 80237-3485 | | | Assignee or other notification for:<br>Cach Llc | | | | |
| ACCOUNT NO.<br>Wamu/providian Bank | | | Assignee or other notification for:<br>Cach Llc | | | | |
| ACCOUNT NO. 2050870<br>Cashcall Inc<br>1600 S Douglass Rd<br>Anaheim, CA 92806-5948 | | H | Installment account opened 2/08 | | | | 0.00 |
| ACCOUNT NO.<br>Cashcall Inc<br>ATTENTION: BANKRUPTCY DEPARTMENT<br>1600 S Douglass Rd<br>Anaheim, CA 92806-5948 | | | Assignee or other notification for:<br>Cashcall Inc | | | | |
| ACCOUNT NO. 5418223151802652<br>Chase<br>Bank One Card Serv<br>Westerville, OH 43081 | | H | Revolving account opened 10/07 | | | | 0.00 |
| ACCOUNT NO.<br>Chase<br>ATTN: BANKRUPTCY DEPT<br>PO Box 15298<br>Wilmington, DE 19850-5298 | | | Assignee or other notification for:<br>Chase | | | | |
| ACCOUNT NO. 6070517228144691<br>Citifinancial<br>300 Saint Paul Pl<br>Baltimore, MD 21202-2120 | | H | Installment account opened 5/08 | | | | 11,500.00 |

Sheet no. __4__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    11,500.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Okpala, Peterchris                                                Case No. _____
_____                                            (If known)
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6072091428152503<br>Citifinancial | | H | Installment account opened 5/08 | | | | 11,278.00 |
| ACCOUNT NO. 6073365828130450<br>Citifinancial<br>300 Saint Paul Pl<br>Baltimore, MD  21202-2120 | | H | Installment account opened 5/08 | | | | 0.00 |
| ACCOUNT NO. 6070517247139014<br>Citifinancial<br>300 Saint Paul Pl<br>Baltimore, MD  21202-2120 | | H | Installment account opened 10/07 | | | | 0.00 |
| ACCOUNT NO. 2010314077<br>County Financial Servi<br>5255 E Hunter Ave<br>Anaheim, CA  92807-2052 | | H | Installment account opened 3/03 | | | | 0.00 |
| ACCOUNT NO. 1586891562<br>Credit Protection Asso<br>13355 Noel Rd Ste 2100<br>Dallas, TX  75240-6837 | | H | Open account opened 5/10 | | | | 1,811.00 |
| ACCOUNT NO.<br>Charter Communications | | | Assignee or other notification for:<br>Credit Protection Asso | | | | |
| ACCOUNT NO.<br>Credit Protection Asso<br>PO Box 802068<br>Dallas, TX  75380-2068 | | | Assignee or other notification for:<br>Credit Protection Asso | | | | |

Sheet no. __5__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                               $   13,089.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)      $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Okpala, Peterchris                                                 Case No. _____
                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 90324911<br>**Daniels Home Center**<br>**255 S Euclid St**<br>**Anaheim, CA  92802-1013** | | H | Installment account opened 8/02 | | | | 0.00 |
| ACCOUNT NO. 90324912<br>**Daniels Home Center**<br>**255 S Euclid St**<br>**Anaheim, CA  92802-1013** | | H | Installment account opened 8/02 | | | | 0.00 |
| ACCOUNT NO. 90324923<br>**Daniels Home Center**<br>**255 S Euclid St**<br>**Anaheim, CA  92802-1013** | | H | Installment account opened 12/02 | | | | 0.00 |
| ACCOUNT NO. 7915772375fd00003<br>**Fed Loan Serv**<br>**PO Box 69184**<br>**Harrisburg, PA  17106-9184** | | H | Installment account opened 10/10 | | | | 0.00 |
| ACCOUNT NO. 7915772375fd00004<br>**Fed Loan Serv**<br>**PO Box 69184**<br>**Harrisburg, PA  17106-9184** | | H | Installment account opened 10/10 | | | | 0.00 |
| ACCOUNT NO. 7915772375fd00002<br>**Fed Loan Serv**<br>**PO Box 69184**<br>**Harrisburg, PA  17106-9184** | | H | Installment account opened 11/09 | | | | 0.00 |
| ACCOUNT NO. 7915772375fd00001<br>**Fed Loan Serv**<br>**PO Box 69184**<br>**Harrisburg, PA  17106-9184** | | H | Installment account opened 8/09 | | | | 0.00 |

Sheet no. **6** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Okpala, Peterchris                                                  Case No.
_____                        _____
                    Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6019180368793291**<br><br>**Gemb/care Credit**<br>PO Box 981439<br>El Paso, TX 79998-1439 | | H | **Revolving account opened 12/05** | | | | 0.00 |
| ACCOUNT NO. **6045893652628423**<br><br>**Gemb/mervyns**<br>PO Box 981400<br>El Paso, TX 79998-1400 | | H | **Revolving account opened 11/07** | | | | 0.00 |
| ACCOUNT NO.<br><br>**Gemb/mervyns**<br>ATTENTION: BANKRUPTCY<br>PO Box 103104<br>Roswell, GA 30076-9104 | | | **Assignee or other notification for:**<br>**Gemb/mervyns** | | | | |
| ACCOUNT NO. **G500ren3000362069**<br><br>**Golden State Credit Sv**<br>280 N Benson Ave Ste 6<br>Upland, CA 91786-5652 | | H | **Open account opened 10/08** | | | | 56.00 |
| ACCOUNT NO.<br><br>**Renaissance Radiology**<br>ATTENTION: BANKRUPTCY | | | **Assignee or other notification for:**<br>**Golden State Credit Sv** | | | | |
| ACCOUNT NO. **702073108026177**<br><br>**High Desert Creditors**<br>14608 Main St Ste B<br>Hesperia, CA 92345-3381 | | H | **Open account opened 5/08** | | | | 186.00 |
| ACCOUNT NO.<br><br>**Desert Valley Medical Group** | | | **Assignee or other notification for:**<br>**High Desert Creditors** | | | | |

Sheet no. ___7___ of ___11___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    242.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Okpala, Peterchris _____     Case No. _____
      Debtor(s)                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7591044907162**<br>**Home Loan Services Inc**<br>**450 American St**<br>**Simi Valley, CA  93065-6285** | | H | **Mortgage account opened 8/07** | | | | **0.00** |
| ACCOUNT NO.<br>**Home Loan Services Inc**<br>**PO BOX 5570**<br>**Locbr-Yb58-01-3 Bankruptcy**<br>**Cleveland, OH  44101** | | | **Assignee or other notification for:**<br>**Home Loan Services Inc** | | | | |
| ACCOUNT NO. **7591044907161**<br>**Home Loan Services Inc**<br>**450 American St**<br>**Simi Valley, CA  93065-6285** | | H | **Mortgage account opened 8/07** | | | | **0.00** |
| ACCOUNT NO.<br>**Home Loan Services Inc**<br>**PO BOX 5570**<br>**Locbr-Yb58-01-3 Bankruptcy**<br>**Cleveland, OH  44101** | | | **Assignee or other notification for:**<br>**Home Loan Services Inc** | | | | |
| ACCOUNT NO. **15328219**<br>**Medicredit Corporation**<br>**1801 California Ave**<br>**Corona, CA  92881-7251** | | H | **Open account opened 7/08** | | | | **1,982.00** |
| ACCOUNT NO.<br>**Desert Valley Hospital**<br>**PO BOX 5570** | | | **Assignee or other notification for:**<br>**Medicredit Corporation** | | | | |
| ACCOUNT NO.<br>**Medicredit Corporation**<br>**1801 California Ave**<br>**Corona, CA  92881-7251** | | | **Assignee or other notification for:**<br>**Medicredit Corporation** | | | | |

Sheet no. ____**8**____ of ____**11**____ continuation sheets attached to       Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims     (Total of this page) $ **1,982.00**

                               Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Okpala, Peterchris                                                    Case No. _____
                         Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1206191** <br><br> **Security Credit Servic** <br> **2623 W Oxford Loop** <br> **Oxford, MS  38655-5442** | | H | Open account opened 4/10 | | | | 880.00 |
| ACCOUNT NO. <br><br> **Gecc** <br> **ATTN: BANKRUPTCY** | | | Assignee or other notification for: <br> Security Credit Servic | | | | |
| ACCOUNT NO. <br> **Security Credit Servic** <br> **2653 WEST OXFORD LOOP** <br> **Suite 108** <br> **Oxford, MS  38655** | | | Assignee or other notification for: <br> Security Credit Servic | | | | |
| ACCOUNT NO. **11001280** <br><br> **The Best Service Co/ca** <br> **10780 Santa Monica Blvd** <br> **Los Angeles, CA  90025-4749** | | H | Open account opened 5/08 | | | | 1,000.00 |
| ACCOUNT NO. <br><br> **Wescom Credit Union** <br> **2653 WEST OXFORD LOOP** | | | Assignee or other notification for: <br> The Best Service Co/ca | | | | |
| ACCOUNT NO. **8102800241200146** <br><br> **Usa Credit** <br> **Customer Service** <br> **Uniontown, PA  15401** | | H | Revolving account opened 2/08 | | | | 0.00 |
| ACCOUNT NO. <br><br> **Usa Credit** <br> **ATTN: TAMELA BARTON** <br> **1 Millennium Dr** <br> **Uniontown, PA  15401-6408** | | | Assignee or other notification for: <br> Usa Credit | | | | |

Sheet no. ___**9**___ of ___**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  1,880.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Okpala, Peterchris _____    Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4388380100385202**<br>**Wescom Credit Union**<br>**123 S Marengo Ave**<br>**Pasadena, CA  91101-2428** | | H | Revolving account opened 11/05 | | | | **9,597.00** |
| ACCOUNT NO.<br>**Wescom Credit Union**<br>**ATTN: CONSUMER LENDING**<br>**PO Box 7042**<br>**Pasadena, CA  91109-7042** | | | Assignee or other notification for:<br>Wescom Credit Union | | | | |
| ACCOUNT NO. **5620790001**<br>**Wescom Credit Union**<br>**123 S Marengo Ave**<br>**Pasadena, CA  91101-2428** | | H | Revolving account opened 10/04 | | | | **5,191.00** |
| ACCOUNT NO. **5620790000**<br>**Wescom Credit Union**<br>**123 S Marengo Ave**<br>**Pasadena, CA  91101-2428** | | H | Installment account opened 11/06 | | | | **2,933.00** |
| ACCOUNT NO. **4298130003093877**<br>**Wescom Credit Union**<br>**123 S Marengo Ave**<br>**Pasadena, CA  91101-2428** | | H | Revolving account opened 11/05 | | | | **0.00** |
| ACCOUNT NO.<br>**Wescom Credit Union**<br>**ATTN: CONSUMER LENDING**<br>**PO Box 7042**<br>**Pasadena, CA  91109-7042** | | | Assignee or other notification for:<br>Wescom Credit Union | | | | |
| ACCOUNT NO. **4071100014231678**<br>**Wff Cards**<br>**Mac 4031-080**<br>**Des Moines, IA  50309** | | H | Revolving account opened 10/06 | | | | **0.00** |

Sheet no. __10__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　$ **17,721.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)　$

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Okpala, Peterchris _____    Case No. _____
                         Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Wff Cards**<br>**WELLS FARGO FINANCIAL**<br>**4137 121st St**<br>**Urbandale, IA 50323-2310** | | | Assignee or other notification for:<br>Wff Cards | | | | |
| **ACCOUNT NO. 108310415755465**<br>**Wffinancial**<br>**Mac 4031-080**<br>**Des Moines, IA 50309** | | H | Installment account opened 8/04 | | | | 0.00 |
| **ACCOUNT NO. 111120315755465**<br>**Wffinancial**<br>**Mac 4031-080**<br>**Des Moines, IA 50309** | | H | Installment account opened 11/03 | | | | 0.00 |
| **ACCOUNT NO. 109030315755465**<br>**Wffinancial**<br>**Mac 4031-080**<br>**Des Moines, IA 50309** | | H | Installment account opened 9/03 | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __11__ of __11__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $   **70,385.00**

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE Okpala, Peterchris                                                Case No. _____
_____
                        Debtor(s)                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE Okpala, Peterchris _____    Case No. _____
                               Debtor(s)                                    (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. Sec. 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE **Okpala, Peterchris**                                          Case No. _____
             Debtor(s)                                                              (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Wife**<br>**Daughter**<br>**Daughter** | AGE(S):<br>**26**<br>**2**<br>**7mo** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **See Schedule Attached** | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | 6,305.49 | $ |
| 2. Estimated monthly overtime | $ | | $ |
| **3. SUBTOTAL** | $ | **6,305.49** | $ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and Social Security | $ | 265.57 | $ |
| b. Insurance | $ | | $ |
| c. Union dues | $ | | $ |
| d. Other (specify)   **See Schedule Attached** | $ | 239.51 | $ |
| | $ | | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | **505.08** | $ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ | **5,800.41** | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ |
| 8. Income from real property | $ | | $ |
| 9. Interest and dividends | $ | | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ |
| 11. Social Security or other government assistance<br>(Specify) _____ | $ | | $ |
| | $ | | $ |
| 12. Pension or retirement income | $ | | $ |
| 13. Other monthly income<br>(Specify) _____ | $ | | $ |
| _____ | $ | | $ |
| _____ | $ | | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | **5,800.41** | $ |

**16. COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

$ **5,800.41**

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE **Okpala, Peterchris** _____   Case No. _____
                                    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

EMPLOYMENT:        DEBTOR                                    SPOUSE
Occupation         **Respitory Therapist**
Name of Employer   **Centenela Hopsital**
How long employed  **2 years**
Address of Employer **555 E Hardy St**
                   **Inglewood, CA  90301-4011**

Occupation         **Teacher**
Name of Employer   **Iowa College Acquisition Corp**
How long employed  **10 months**
Address of Employer **14384 Chumash Pl**
                   **Victorville, CA  92394-6755**

|                                  | DEBTOR | SPOUSE |
|----------------------------------|--------|--------|
| Other Payroll Deductions:        |        |        |
| SDI                              | 50.24  |        |
| SEIU Dues                        | 67.71  |        |
| EMPloyee Family                  | 103.85 |        |
| DEntal EMP Family 6.68           |        |        |
| VIS EMP Spouse                   | 7.43   |        |
| Fed OASDI/EE                     | 8.00   |        |
| CA OASDI EE                      | 2.28   |        |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **Okpala, Peterchris**                                             Case No. _____
_____                                 _____
                  Debtor(s)                                                  (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,826.04 |
|    a. Are real estate taxes included?    Yes ____ No ✓ | | |
|    b. Is property insurance included?    Yes ✓ No ____ | | |
| 2. Utilities: | | |
|    a. Electricity and heating fuel | $ | 134.00 |
|    b. Water and sewer | $ | 73.00 |
|    c. Telephone | $ | |
|    d. Other  **See Schedule Attached** | $ | 363.00 |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | |
| 7. Medical and dental expenses | $ | |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | |
|    b. Life | $ | |
|    c. Health | $ | |
|    d. Auto | $ | 78.00 |
|    e. Other | $ | |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) **Property Taxes** | $ | 250.00 |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 349.00 |
|    b. Other | $ | |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other _____ | $ | |
| | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.      $    **3,923.04**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

## 20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 5,800.41 |
|    b. Average monthly expenses from Line 18 above | $ | 3,923.04 |
|    c. Monthly net income (a. minus b.) | $ | 1,877.37 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Okpala, Peterchris</u> _____    Case No. _____
Debtor(s)

**SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)**
**Continuation Sheet - Page 1 of 1**

Other Utilities

| | |
|---|---:|
| **Internet, Cable Telephone** | 183.00 |
| **Household Goods** | 100.00 |
| **Cell Phone** | 80.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Okpala, Peterchris</u>                                                    Case No. _____
                    Debtor(s)                                                                    (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **36** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 16, 2011** _____    Signature: **/s/ Peterchris Okpala** _____
                                                        **Peterchris Okpala**                                      Debtor

Date: _____    Signature: _____
                                                                                            (Joint Debtor, if any)
                                                                    **[If joint case, both spouses must sign.]**

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Ivette Perez**                                                            **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**
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

**3393 14th Street  Suite C**
**Riverside, CA  92501**
Address

_____          **May 16, 2011**
Signature of Bankruptcy Petition Preparer                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                                        _____
                                                        (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

**United States Bankruptcy Court**
**Central District of California, Riverside Division**

IN RE:                                                              Case No. _____

Okpala, Peterchris                                                 Chapter **13** _____
                          Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
☐      including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **67,381.00** | **2010** |
| **53,081.00** | **2009** |
| **72,690.00** | **2008** |
| **54,095.00** | **2007** |
| **24,888.00** | **2011 year to date** |

**2. Income other than from employment or operation of business**

None    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the
☑      **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other
☑     debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that
      constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of
      a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit
      counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint
      petition is filed, unless the spouses are separated and a joint petition is not filed.)

None  *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately
☑     preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than
      $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support
      obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married
      debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition
      is filed, unless the spouses are separated and a joint petition is not filed.)

      *\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None  *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors
☑     who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not
      a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this
☑     bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or
      not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding
☑     the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either
      or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to
☑     the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
      include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
      joint petition is not filed.)

**6. Assignments and receiverships**

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.
☑     (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed,
      unless the spouses are separated and joint petition is not filed.)

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the
☑     commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
      spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual
☑     gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100
      per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not
      a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the
☑     commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not
      a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt
☐     consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement
      of this case.

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only



| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT. NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ivette Perez**<br>**Bankrupcy Petition Preparer**<br>**3393 14th St Ste C**<br>**Riverside, CA  92501-3856** | | **200.00** |
| **Incharge**<br>**2101 Park Center Dr Ste 320**<br>**Orlando, FL  32835-7625** | | **30.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☐ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Sandra Okpala current spouse**

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Victorville International University** | | **15409 Anacapa Rd Victorville, CA  92392-2463** | **opened in 2008 to present no income yet online school** | |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **May 16, 2011**_____  Signature **/s/ Peterchris Okpala**
                                of Debtor                                    **Peterchris Okpala**

Date: _____  Signature _____
                                of Joint Debtor
                                (if any)

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers. I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Ivette Perez**_____  **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**
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

**3393 14th Street  Suite C**
**Riverside, CA  92501**
Address

_____  **May 16, 2011**
Signature of Bankruptcy Petition Preparer                                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Central District of California, Riverside Division**

IN RE:                                                        Case No. _____

Okpala, Peterchris _____  Chapter **13** _____
                        Debtor(s)

## STATEMENT REGARDING ASSISTANCE OF NON-ATTORNEY
## WITH RESPECT TO THE FILING OF BANKRUPTCY CASE

**THE DEBTOR/JOINT DEBTOR DOES HEREBY STATE AND REPRESENT:**

☑ I received assistance from a non-attorney in connection with the filing of my bankruptcy case.

1.  I paid the sum of $ _____ **200.00**

2.  I still owe the sum of $ _____ **0.00**

3.  I agreed to turn over or give a security interest in the following property:


4.  The name of the person or the name of the firm that assisted me was:

    Name: **Ivette Perez**

    Address: **3393 14th Street  Suite C**
               **Riverside, CA  92501**

    Telephone: **(951) 684-7363**

☐ I did not receive assistance from a non-attorney in connection with the filing of my bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at **Riverside**_____, California.

Executed on **May 16, 2011**_____
                        Date


**/s/ Peterchris Okpala**_____
Debtor


_____
Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Central District of California, Riverside Division**

IN RE:                                                                    Case No. _____

Okpala, Peterchris _____ Chapter **13** _____
                                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1.  Pursuant to 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s)in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For document preparation services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**200.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**200.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2.  I have prepared or caused to be prepared the following documents (itemize):
    **Disclosure of Compensation of Bankruptcy Petition Preparer**
    **Notice Of Available Chapters**
    **Notice to Consumer Debtors Under §342(b) of the Bankruptcy Code**
    **Certification of Notice to Consumer Debtors Under §342(b) of the Bankruptcy Code**
    **Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income**
    **Voluntary Petition**
    **Exhibit "D" to Voluntary Petition [Debtor]**
    **Summary of Schedules**
    **Schedule A - Real Property**
    **Schedule B - Personal Property**
    **Schedule C - Property Claimed as Exempt**
    **Schedule D - Creditors Holding Secured Claims**
    **Schedule E - Creditors Holding Unsecured Priority Claims**
    **Schedule F - Creditors Holding Unsecured NonPriority Claims**
    **Schedule G - Executory Contracts and Unexpired Leases**
    **Schedule H - Codebtors**
    **Schedule I - Current Income of Individual Debtor(s)**
    **Schedule J - Current Expenditures of Individual Debtor(s)**
    **Declaration Concerning Debtor's Schedules**
    **Statement of Financial Affairs**
    **Notice to Debtor by Non-Attorney Bankruptcy Petition Preparer**
    **Verification of Creditor Mailing List**
    **Creditor Matrix**
    **Debtor's Certification of Employment Income**
    **Statement Regarding Assistance of Non-Attorney**
    **Information Required by Local Rule 1015-2**

    and provided the following services:

3.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

4.  The source of compensation to be paid to me is: ☐ Debtor  ☐ Other (specify):

5.  The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6.  To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

    NAME:_____ SSN:_____

X _____
                    _Signature_

**Ivette Perez** _____
Printed name and title, if any, of Bankruptcy Petition Preparer

Address: **3393 14th Street  Suite C** _____

**Riverside, CA  92501** _____

SOCIAL SECURITY NUMBER

**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** _____          **5/16/2011**
Social Security number of bankruptcy                Date
petition preparer. (If bankruptcy petition
preparer is not an individual, state the
Social Security number of the officer,
principal, responsible person or partner of
the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both.*
*11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B19 (Official Form 19) (12/07)

## United States Bankruptcy Court
## Central District of California, Riverside Division

IN RE:                                                                    Case No. _____

Okpala, Peterchris _____      Chapter **13** _____
                                    Debtor(s)

## NOTICE TO DEBTOR BY NON-ATTORNEY BANKRUPTCY PETITION PREPARER

I am a bankruptcy petition preparer. I am not an attorney and may not practice law or give legal advice. Before preparing any document for filing as defined in § 110(a)(2) of the Bankruptcy Code or accepting any fees, I am required by law to provide you with this notice concerning bankruptcy petition preparers. Under the law, § 110 of the Bankruptcy Code (11 U.S.C. § 110), I am forbidden to offer you any legal advice, including advice about any of the following:

· whether to file a petition under the Bankruptcy Code (11 U.S.C. § 101 et seq.);

· whether commencing a case under chapter 7, 11, 12, or 13 is appropriate;

· whether your debts will be eliminated or discharged in a case under the Bankruptcy Code;

· whether you will be able to retain your home, car, or other property after commencing a case under the Bankruptcy Code;

· the tax consequences of a case brought under the Bankruptcy Code;

· the dischargeability of tax claims;

· whether you may or should promise to repay debts to a creditor or enter into a reaffirmation agreement with a creditor to reaffirm a debt;

· how to characterize the nature of your interests in property or your debts; or

· bankruptcy procedures and rights.

In addition, under 11 U.S.C. § 110(h), the Supreme Court or the Judicial Conference of the United States may promulgate rules or guidelines setting a maximum allowable fee chargeable by a bankruptcy petition preparer. As required by law, I have notified you of this maximum allowable fee, if any, before preparing any document for filing or accepting any fee from you.

_____         __05/16/2011__          _____         __05/16/2011__
Signature of Debtor                            Date                     Joint Debtor (if any)                         Date

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared the accompanying document(s) listed below for compensation and have provided the debtor with a copy of the document(s) and the attached notice as required by 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Ivette Perez** _____        **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** _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer         Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

**3393 14th Street  Suite C** _____
**Riverside, CA  92501** _____
Address

_____        **May 16, 2011** _____
Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

**A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

February 2006                                                                    2006 USBC Central District of California

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re<br>**Okpala, Peterchris**<br>Debtor(s). | CHAPTER:**13**<br>CASE NO.: |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, **Okpala, Peterchris** _____, the debtor in this case, declare under penalty
*(Print Name of Debtor)*
of perjury under the laws of the United States of America that:

☑ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty
*(Print Name of Joint Debtor, if any)*
of perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date: **May 16, 2011** _____    Signature */s/ Peterchris Okpala* _____
                                                                                                  *Debtor*

Date: _____    Signature _____
                                                                                      *Joint Debtor (if any)*

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

Iowa College Acquisition Corp
1801 East Kimberly Road, Suite 1
Davenport, IA  52807

| Pay Group: | B-Bi-weekly |
|---|---|
| Pay Begin Date: | 04/03/2011 |
| Pay End Date: | 04/16/2011 |

| Business Unit: | 00081 |
|---|---|
| Advice #: | **00000020008963** |
| Advice Date: | 04/22/2011 |

Peter Chris V. Okpala
14384 CHUMASH PL
VICTORVILLE, CA  92394

| Employee ID: | 000230931 |
|---|---|
| Department: | K1005-KU Undergrad - Health Sciences |
| Location: | Virtual EEs |
| Job Title: | KU Adjunct Faculty |
| Pay Rate: | $12,000.00 Annual |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 5 | 5 |
| Addl. Pct: | | |
| Addl. Amt: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Teacher | | | 666.67 | | 7,000.02 |
| **TOTAL:** | | **0.00** | **666.67** | **0.00** | **7,000.02** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 9.67 | 101.50 |
| Fed OASDI/EE | 28.00 | 294.00 |
| CA Withholdng | 0.00 | 0.00 |
| CA OASDI/EE | 8.00 | 84.00 |
| **TOTAL:** | **45.67** | **479.50** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 666.67 | 666.67 | 45.67 | 0.00 | 621.00 |
| YTD | 7,000.02 | 7,000.02 | 479.50 | 0.00 | 6,520.52 |

| YEAR-TO-DATE | VACATION | SICK LEAVE |
|---|---|---|
| Start Balance | 0.0 | 0.0 |
| + Earned | 0.0 | 0.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 0.0 | 0.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **0.0** | **0.0** |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000020008963 | Checking | 153462842706 | $621.00 |
| **TOTAL:** | | | **$621.00** |

MESSAGE:

**Iowa College Acquisition Corp**
1801 East Kimberly Road, Suite 1
Davenport, IA 52807

| | |
|---|---|
| Pay Group: | B-Bi-weekly |
| Pay Begin Date: | 03/20/2011 |
| Pay End Date: | 04/02/2011 |

| Business Unit: | 00081 |
|---|---|
| Advice #: | 000000020001181 |
| Advice Date: | 04/08/2011 |

**Peter Chris V. Okpala**
14384 CHUMASH PL.
VICTORVILLE, CA 92394

| | |
|---|---|
| Employee ID: | 000230931 |
| Department: | K1005-KU Undergrad - Health Sciences |
| Location: | Virtual EEs |
| Job Title: | KU Adjunct Faculty |
| Pay Rate: | $12,000.00 Annual |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 5 | 5 |
| Addl. Pct: | | |
| Addl. Amt: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Teacher | | | 666.67 | | 6,333.35 |
| **TOTAL:** | | 0.00 | 666.67 | 0.00 | 6,333.35 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 9.66 | 91.83 |
| Fed OASDI/EE | 28.00 | 266.00 |
| CA Withholdng | 0.00 | 0.00 |
| CA OASDI/EE | 8.00 | 76.00 |
| **TOTAL:** | 45.66 | 433.83 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 666.67 | 666.67 | 45.66 | 0.00 | 621.01 |
| YTD | 6,333.35 | 6,333.35 | 433.83 | 0.00 | 5,899.52 |

| YEAR-TO-DATE | VACATION | SICK LEAVE |
|---|---|---|
| Start Balance | 0.0 | 0.0 |
| + Earned | 0.0 | 0.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 0.0 | 0.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **0.0** | **0.0** |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000020001181 | Checking | 153462842706 | $621.01 |
| **TOTAL:** | | | **$621.01** |

**MESSAGE:**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| LKD | 520660 | 100515 | P | 0000101188 | 1 |

1718-0001

*IOWA COLLEGE ACQUISITION CORP.*
*1015 WINDWARD RIDGE*
*ALPHARETTA, GEORGIA 30005*

# Earnings Statement

**ADP**

| | |
|---|---|
| Period Beginning: | 02/23/2011 |
| Period Ending: | 03/08/2011 |
| Pay Date: | 03/15/2011 |

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:       5
  CA:              5

**PETER CHRIS OKPALA**
**14384 CHUMASH PL**
**VICTORVILLE CA 92394**

Social Security Number:  XXX-XX-0264

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| T: Teacher | | | 666.67 | 5,000.01 |
| Gross Pay | | | $666.67 | 5,000.01 |

**CURRENT PAY PERIOD:**

| Earn Code | Dept Worked | Hours | Rate | Earnings |
|-----------|-------------|-------|------|----------|
| T | 100515 | | | 666.67 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Social Security Tax | -28.00 | 210.00 |
| | Medicare Tax | -9.67 | 72.50 |
| | CA SUI/SDI Tax | -8.00 | 60.00 |
| | **Other** | | |
| | Checking 2 | -621.00 | |
| | Net Pay | $50.00 | |

Your federal taxable wages this period are $666.67

| CO. | FILE | DEPT | CLOCK | VCHR. NO. |
|-----|------|------|-------|-----------|
| LKD | 520660 | 100515 | P | 0000121177  1 |

1674-0001

*IOWA COLLEGE ACQUISITION CORP.*
*1015 WINDWARD RIDGE*
*ALPHARETTA,GEORGIA 30005*

# Earnings Statement

**ADP**

Period Beginning:    03/09/2011
Period Ending:       03/22/2011
Pay Date:            03/29/2011

Taxable Marital Status:  Married
Exemptions/Allowances:
   Federal:        5
   CA:             5

**PETER  CHRIS  OKPALA**
**14384  CHUMASH  PL**
**VICTORVILLE  CA  92394**

Social Security Number: XXX-XX-0264

| **Earnings** | rate | hours | this period | year to date |
|--------------|------|-------|-------------|--------------|
| T: Teacher   |      |       | 666.67      | 5,666.68     |
| Gross Pay    |      |       | $666.67     | 5,666.68     |

**CURRENT PAY PERIOD:**

| Earn Code | Dept Worked | Hours | Rate | Earnings |
|-----------|-------------|-------|------|----------|
| T         | 100515      |       |      | 666.67   |

| **Deductions** | **Statutory** | | |
|----------------|---------------|--|--|
|                | Social Security Tax | -28.00 | 238.00 |
|                | Medicare Tax        | -9.67  | 82.17  |
|                | CA SUI/SDI Tax      | -8.00  | 68.00  |
|                | **Other**           |        |        |
|                | Checking 2          | -621.00 |       |
|                | Net Pay             | $0.00  |        |

Your  federal  taxable  wages  this  period  are  $666.67

**CENTINELA HOSPITAL MEDICAL CENTER**  555 East Hardy Street  Inglewood, CA 90301

| EMPLOYEE NAME | | | | | DEPARTMENT NO. | | DEPOSIT DATE | | DEPOSIT NO. |
|---|---|---|---|---|---|---|---|---|---|
| OKPALA, PETERCHRIS | | | EMPLOYEE NO. 60264 | PAY PERIOD START 04/17/11 | 720.77200 | | 05/06/11 | | 237852 |

| CURRENT EARNINGS | CURRENT TAXES | CUR. DEDUCTIONS | CURRENT NET PAY | PAY PERIOD ENDING |
|---|---|---|---|---|
| 1866.14 | 119.75 | 150.48 | 1595.91 | 04/30/11 |

| Y-T-D EARNINGS | Y-T-D TAXES | Y-T-D DEDUCTIONS | Y-T-D NET PAY |
|---|---|---|---|
| 17221.96 | 1147.37 | 742.70 | 15331.89 |

| EARNING DESCRIPTION | RATE | HOURS | AMOUNT | AVAILABLE BENEFIT HRS | WITHHOLDING DESCRIPTION | CURRENT PERIOD | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| REGULAR | 18.95 | 48.000 | 909.60 | PTO H  28.624 | EMPLOYEE-FAMILY | 103.85 | 415.40 |
| SPECIAL OT | 30.10 | 23.800 | 716.38 | | DNT EMP-FAMILY | 6.68 | 26.72 |
| WEEKEND DIFF 1 | 1.24 | 12.000 | 14.88 | | VIS EMP-SPOUSE | 7.43 | 29.72 |
| CA DIFF | 3.15 | 0.400 | 1.26 | | FICA-MED | 25.35 | 242.88 |
| NIGHT SHIFT | 3.12 | 71.800 | 224.02 | | FICA-SS | 73.42 | 703.50 |
| | | | | | SDI-DISABILITY | 20.98 | 200.99 |
| | | | | | SEIU DUES | 32.52 | 270.86 |

| xxx-xx-x264 | 156.000 | 1866.14 | < TOTALS > | 270.23 | 1890.07 |
|---|---|---|---|---|---|

---

**CENTINELA HOSPITAL MEDICAL CENTER**  555 East Hardy Street  Inglewood, CA 90301

| EMPLOYEE NAME | | | | | DEPARTMENT NO. | DEPOSIT DATE | DEPOSIT NO. |
|---|---|---|---|---|---|---|---|
| OKPALA, PETERCHRIS | | | EMPLOYEE NO. 60264 | PAY PERIOD START 03/20/11 | 720.77200 | 04/08/11 | 227889 |

| CURRENT EARNINGS | CURRENT TAXES | CUR. DEDUCTIONS | CURRENT NET PAY | PAY PERIOD ENDING |
|---|---|---|---|---|
| 1396.30 | 87.57 | 141.72 | 1167.01 | 04/02/11 |

| Y-T-D EARNINGS | Y-T-D TAXES | Y-T-D DEDUCTIONS | Y-T-D NET PAY |
|---|---|---|---|
| 13550.78 | 912.06 | 441.92 | 12196.80 |

| EARNING DESCRIPTION | RATE | HOURS | AMOUNT | AVAILABLE BENEFIT HRS | WITHHOLDING DESCRIPTION | CURRENT PERIOD | YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| REGULAR | 18.95 | 39.300 | 744.74 | PTO H  27.628 | EMPLOYEE+FAMILY | 103.85 | 207.70 |
| SPECIAL OT | 30.36 | 14.600 | 443.26 | | DNT EMP+FAMILY | 6.68 | 13.36 |
| WEEKEND DIFF 1 | 1.24 | 12.000 | 14.88 | | VIS EMP+SPOUSE | 7.43 | 14.86 |
| CA DIFF | 3.15 | 10.100 | 31.82 | | FICA-MED | 18.54 | 193.07 |
| EVENING SHIFT | 2.22 | 7.300 | 16.21 | | FICA-SS | 53.69 | 559.22 |
| NIGHT SHIFT | 3.12 | 46.600 | 145.39 | | SDI-DISABILITY | 15.34 | 159.77 |
| | | | | | SEIU DUES | 23.76 | 206.00 |

| xxx-xx-x264 | 129.900 | 1396.30 | < TOTALS > | 229.29 | 1353. |
|---|---|---|---|---|---|

**CENTINELA HOSPITAL**
**MEDICAL CENTER**
555 East Hardy Street
Inglewood, CA 90301

| EMPLOYEE NAME | | | EMPLOYEE NO. | PAY PERIOD START | DEPARTMENT NO. | DEPOSIT DATE | DEPOSIT NO. |
|---|---|---|---|---|---|---|---|
| OKPALA, PETERCHRIS | | | 60264 | 03/06/11 | 720.77200 | 03/25/11 | 223559 |

| CURRENT EARNINGS | CURRENT TAXES | CUR. DEDUCTIONS | CURRENT NET PAY | PAY PERIOD ENDING | WITHHOLDING DESCRIPTION | TAXES / DEDUCTIONS | |
|---|---|---|---|---|---|---|---|
| | | | | | | CURRENT PERIOD | YEAR-TO-DATE |
| 1866.14 | 119.75 | 150.48 | 1595.91 | 03/19/11 | EMPLOYEE+FAMILY | 103.85 | 103.85 |
| Y-T-D EARNINGS | Y-T-D TAXES | Y-T-D DEDUCTIONS | Y-T-D NET PAY | | DNT EMP+FAMILY | 6.68 | 6.68 |
| 12154.48 | 824.49 | 300.20 | 11029.79 | | VIS EMP+SPOUSE | 7.43 | 7.43 |
| EARNING DESCRIPTION | RATE | HOURS | AMOUNT | AVAILABLE BENEFIT HRS | FICA-MED | 25.35 | 174.53 |
| REGULAR | 18.95 | 48.000 | 909.60 | PTO H  20.788 | FICA-SS | 73.42 | 505.53 |
| SPECIAL OT | 30.10 | 23.800 | 716.38 | | SDI-DISABILITY | 20.98 | 144.43 |
| WEEKEND DIFF 1 | 1.24 | 12.000 | 14.88 | | SEIU DUES | 32.52 | 182.24 |
| CA DIFF | 3.15 | 0.400 | 1.26 | | | | |
| NIGHT SHIFT | 3.12 | 71.800 | 224.02 | | | | |
| xxx-xx-x264 | | 156.000 | 1866.14 | | < TOTALS > | 270.23 | 1124.69 |

**CENTINELA HOSPITAL**
**MEDICAL CENTER**
555 East Hardy Street
Inglewood, CA 90301

| EMPLOYEE NAME | | | EMPLOYEE NO. | PAY PERIOD START | DEPARTMENT NO. | DEPOSIT DATE | DEPOSIT NO. |
|---|---|---|---|---|---|---|---|
| OKPALA, PETERCHRIS | | | 60264 | 02/20/11 | 720.77200 | 03/11/11 | 219215 |

| CURRENT EARNINGS | CURRENT TAXES | CUR. DEDUCTIONS | CURRENT NET PAY | PAY PERIOD ENDING | WITHHOLDING DESCRIPTION | TAXES / DEDUCTIONS | |
|---|---|---|---|---|---|---|---|
| | | | | | | CURRENT PERIOD | YEAR-TO-DATE |
| 1863.45 | 127.64 | 32.46 | 1703.35 | 03/05/11 | FICA-MED | 27.02 | 149.18 |
| Y-T-D EARNINGS | Y-T-D TAXES | Y-T-D DEDUCTIONS | Y-T-D NET PAY | | FICA-SS | 78.26 | 432.11 |
| 10288.34 | 704.74 | 149.72 | 9423.88 | | SDI-DISABILITY | 22.36 | 123.45 |
| EARNING DESCRIPTION | RATE | HOURS | AMOUNT | AVAILABLE BENEFIT HRS | SEIU DUES | 32.46 | 149.72 |
| REGULAR | 18.95 | 48.000 | 909.60 | PTO H  13.588 | | | |
| SPECIAL OT | 30.10 | 23.700 | 713.38 | | | | |
| WEEKEND DIFF 1 | 1.24 | 12.000 | 14.88 | | | | |
| CA DIFF | 3.15 | 0.600 | 1.89 | | | | |
| NIGHT SHIFT | 3.12 | 71.700 | 223.70 | | | | |
| xxx-xx-x264 | | 156.000 | 1863.45 | | < TOTALS > | 160.10 | 854.46 |

DATE 05/13/11 @ 0756
USER JFAVIA

PAGE 1

Centinela Hospital 15 *Live*
EMPLOYEE PAYROLL HISTORY

EMPLOYEE #: 60264 OKPALA PETERCHRIS
PAYROLL(S): BIRKLY

Timecards Paid From 04/22/11 to 04/22/11

| PAY/TC DATE | NET PAY | DD OR CHECK # | EARNING | HOURS | SHF | JOB CODE | DEPARTMENT | RATE | AMOUNT | WITHHOLD | AMOUNT | ARREARS AMT | PLAN | HR BASE | EARNED | TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

BIRKLY
04/22/11   1539.18   02349641   (STANDARD)
04/16/11              POSTED

| EARNING | HOURS | SHF | JOB CODE | DEPARTMENT | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| REGULAR | 40.000 | 1 | 1152 | 720.77200 | 18.95000 | 758.00 |
| SPECLOT | 19.800 | | | | 18.95000 | 594.00 |
| CA DIFF | 0.400 | | | | 3.15000 | 1.26 |
| PTO | 12.000 | | | | 22.10000 | 265.20 |
| SHF3.12N | 59.800 | | | | 3.12000 | 186.58 |

132.000                                          1805.04

| WITHHOLDING | AMOUNT | ARREARS AMT |
|---|---|---|
| EPOFTFM | 103.85 | 0.00 |
| DHMOFTFM | 6.68 | 0.00 |
| CVPFTSP | 7.43 | 0.00 |
| FICA-MED | 24.46 | 0.00 |
| FICA-SS | 70.86 | 0.00 |
| SDI | 20.24 | 0.00 |
| SEIU | 32.34 | 0.00 |

265.86          0.00

| BENEFIT | EARNED | TAKEN |
|---|---|---|
| PTO | 6.498 | 12.000 |

PLAN PTO   HR BASE 72.200   EARNED 6.498   TAKEN 12.000

GRAND TOTALS

| EARNING | HOURS | AMOUNT |
|---|---|---|
| REGULAR | 40.000 | 758.00 |
| SPECLOT | 19.800 | 594.00 |
| CA DIFF | 0.400 | 1.26 |
| PTO | 12.000 | 265.20 |
| SHF3.12N | 59.800 | 186.58 |

132.000   1805.04

| WITHHOLDING | AMOUNT | ARREARS AMT |
|---|---|---|
| EPOFTFM | 103.85 | 0.00 |
| DHMOFTFM | 6.68 | 0.00 |
| CVPFTSP | 7.43 | 0.00 |
| FICA-MED | 24.46 | 0.00 |
| FICA-SS | 70.86 | 0.00 |
| SDI | 20.24 | 0.00 |
| SEIU | 32.34 | 0.00 |

265.86          0.00

| BENEFIT | EARNED | TAKEN |
|---|---|---|
| PTO | 6.498 | 12.000 |

NET PAY $1539.18

B22C (Official Form 22C) (Chapter 13) (12/10)

In re: **Okpala, Peterchris**
_____
                Debtor(s)

Case Number: _____
                        (If known)

| According to the calculations required by this statement: |
|---|
| ☑ **The applicable commitment period is 3 years.** |
| ☐ **The applicable commitment period is 5 years.** |
| ☐ **Disposable income is determined under § 1325(b)(3).** |
| ☑ **Disposable income is not determined under § 1325(b)(3).** |
| (Check the boxes as directed in Lines 17 and 23 of this statement.) |

# CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
# AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | **Part I. REPORT OF INCOME** | | |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☑ Married. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.**<br><br>All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>**Debtor's**<br>**Income** | **Column B**<br>**Spouse's**<br>**Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $    6,305.49 | $ |
| 3 | **Income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part IV.**<br><br>a. Gross receipts — $<br>b. Ordinary and necessary operating expenses — $<br>c. Business income — Subtract Line b from Line a | $ | $ |
| 4 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part IV.**<br><br>a. Gross receipts — $<br>b. Ordinary and necessary operating expenses — $<br>c. Rent and other real property income — Subtract Line b from Line a | $ | $ |
| 5 | **Interest, dividends, and royalties.** | $ | $ |
| 6 | **Pension and retirement income.** | $ | $ |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ | $ |

B22C (Official Form 22C) (Chapter 13) (12/10)

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <br><br> Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $ _____    Spouse $ _____ | $ | $ |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. <br><br> a. _____ $ _____ <br> b. _____ $ _____ | $ | $ |
| 10 | **Subtotal.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $ 6,305.49 | $ |
| 11 | **Total.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | $ | 6,305.49 |

## Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD

| | | |
|---|---|---|
| 12 | Enter the amount from Line 11. | $ 6,305.49 |
| 13 | **Marital Adjustment.** If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter on Line 13 the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents and specify, in the lines below, the basis for excluding this income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply,  enter zero. <br><br> a. _____ $ _____ <br> b. _____ $ _____ <br> c. _____ $ _____ <br><br> Total and enter on Line 13. | $ 0.00 |
| 14 | **Subtract Line 13 from Line 12 and enter the result.** | $ 6,305.49 |
| 15 | **Annualized current monthly income for § 1325(b)(4).** Multiply the amount from Line 14 by the number 12 and enter the result. | $ 75,665.88 |
| 16 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br><br> a. Enter debtor's state of residence: **California** ____    b. Enter debtor's household size: __4__ | $ 78,869.00 |
| 17 | **Application of § 1325(b)(4).** Check the applicable box and proceed as directed. <br><br> ☑ **The amount on Line 15 is less than the amount on Line 16.** Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement. <br><br> ☐ **The amount on Line 15 is not less than the amount on Line 16.** Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. | |

## Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME

B22C (Official Form 22C) (Chapter 13) (12/10)

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

| 18 | Enter the amount from Line 11. | $ | 6,305.49 |
|----|--------------------------------|---|----------|

| 19 | **Marital adjustment.** If you are married, but are not filing jointly with your spouse, enter on Line 19 the total of any income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | | |
|----|---|---|---|

| | a. | | $ | |
|---|----|--|---|--|
| | b. | | $ | |
| | c. | | $ | |

| | Total and enter on Line 19. | $ | 0.00 |
|---|-----------------------------|---|------|

| 20 | **Current monthly income for § 1325(b)(3).** Subtract Line 19 from Line 18 and enter the result. | $ | 6,305.49 |
|----|----|---|----------|

| 21 | **Annualized current monthly income for § 1325(b)(3).** Multiply the amount from Line 20 by the number 12 and enter the result. | $ | 75,665.88 |
|----|----|---|-----------|

| 22 | **Applicable median family income.** Enter the amount from Line 16. | $ | 78,869.00 |
|----|----|---|-----------|

| 23 | **Application of § 1325(b)(3).** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 21 is more than the amount on Line 22.** Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.<br>☑ **The amount on Line 21 is not more than the amount on Line 22.** Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement. **Do not complete Parts IV, V, or VI.** |
|----|----|

## Part IV. CALCULATION OF DEDUCTIONS ALLOWED UNDER § 707(b)(2)

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 24A | **National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous.** Enter in Line 24A the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
|-----|----|---|

| 24B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 24B. | |
|-----|----|--|

| | Persons under 65 years of age | | | Persons 65 years of age or older | | | |
|---|---|---|---|---|---|---|---|
| | a1. | Allowance per person | | a2. | Allowance per person | | |
| | b1. | Number of persons | | b2. | Number of persons | | |
| | c1. | Subtotal | | c2. | Subtotal | | $ |

B22C (Official Form 22C) (Chapter 13) (12/10)

| | | |
|---|---|---|
| 25A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |

<table>
<tr><td rowspan="4">25B</td><td colspan="2"><b>Local Standards: housing and utilities; mortgage/rent expense.</b> Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B. <b>Do not enter an amount less than zero.</b></td><td></td></tr>
<tr><td>a.</td><td>IRS Housing and Utilities Standards; mortgage/rental expense</td><td>$</td></tr>
<tr><td>b.</td><td>Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47</td><td>$</td></tr>
<tr><td>c.</td><td>Net mortgage/rental expense</td><td>Subtract Line b from Line a</td></tr>
</table>

Note: row 25B has a final $ in the rightmost outer column aligned with row c.

| | | |
|---|---|---|
| 26 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
| 27A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7.<br><br>☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 27A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 27A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 27B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 27B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B22C (Official Form 22C) (Chapter 13) (12/10)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 28 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) <br><br> ☐ 1   ☐ 2 or more. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a and enter the result in Line 28. **Do not enter an amount less than zero.** | |
|---|---|---|

| a. | IRS Transportation Standards, Ownership Costs | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47 | $ |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a | $ |

| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 28. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a and enter the result in Line 29. **Do not enter an amount less than zero.** | |
|---|---|---|

| a. | IRS Transportation Standards, Ownership Costs | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47 | $ |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a | $ |

| 30 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|
| 31 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 32 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 33 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 49.** | $ |
| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 35 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 36 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 24B. **Do not include payments for health insurance or health savings accounts listed in Line 39.** | $ |
| 37 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |

B22C (Official Form 22C) (Chapter 13) (12/10)

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

| 38 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 24 through 37. | $ |
|---|---|---|

**Subpart B: Additional Expense Deductions under § 707(b)**
**Note: Do not include any expenses that you have listed in Lines 24-37**

| 39 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |
|---|---|---|

| | a. | Health Insurance | $ |
|---|---|---|---|
| | b. | Disability Insurance | $ |
| | c. | Health Savings Account | $ |

Total and enter on Line 39 ............... $

**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:

$ _____

| 40 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. **Do not include payments listed in Line 34.** | $ |
|---|---|---|
| 41 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incur to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 42 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 43 | **Education expenses for dependent children under 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 44 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 45 | **Charitable contributions.** Enter the amount reasonably necessary for you to expend each month on charitable contributions in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). **Do not include any amount in excess of 15% of your gross monthly income.** | $ |
| 46 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 39 through 45. | $ |

B22C (Official Form 22C) (Chapter 13) (12/10)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | Subpart C: Deductions for Debt Payment | | |
|---|---|---|---|---|

| 47 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 47. | |

| | | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|---|
| | a. | | | $ | ☐ yes ☐ no |
| | b. | | | $ | ☐ yes ☐ no |
| | c. | | | $ | ☐ yes ☐ no |
| | | | | Total: Add lines a, b and c. | |

$

| 48 | **Other payments on secured claims.** If any of debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |

| | | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|---|
| | a. | | | $ |
| | b. | | | $ |
| | c. | | | $ |
| | | | | Total: Add lines a, b and c. |

$

| 49 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 33.** | $ |

| 50 | **Chapter 13 administrative expenses.** Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | |

| | a. | Projected average monthly Chapter 13 plan payment. | $ |
|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b |

$

| 51 | **Total Deductions for Debt Payment.** Enter the total of Lines 47 through 50. | $ |

| | | Subpart D: Total Deductions from Income | |
|---|---|---|---|

| 52 | **Total of all deductions from income.** Enter the total of Lines 38, 46, and 51. | $ |

B22C (Official Form 22C) (Chapter 13) (12/10)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2)

| 53 | **Total current monthly income.** Enter the amount from Line 20. | $ |
|---|---|---|
| 54 | **Support income.** Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part 1, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | $ |
| 55 | **Qualified retirement deductions.** Enter the monthly total of (a) all amounts withheld by your employer from wages as contributions for qualified retirement plans, as specified in § 541(b)(7) and (b) all required repayments of loans from retirement plans, as specified in § 362(b)(19). | $ |
| 56 | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | $ |

| 57 | **Deduction for special circumstances.** If there are special circumstances that justify additional expenses for which there is no reasonable alternative, describe the special circumstances and the resulting expenses in lines a-c below. If necessary, list additional entries on a separate page. Total the expenses and enter the total in Line 57. You must provide your case trustee with documentation of these expenses and you must provide a detailed explanation of the special circumstances that make such expenses necessary and reasonable. | |

| | Nature of special circumstances | Amount of expense |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b, and c | $ |

| 58 | **Total adjustments to determine disposable income.** Add the amounts on Lines 54, 55, 56, and 57 and enter the result. | $ |
| 59 | **Monthly Disposable Income Under § 1325(b)(2).** Subtract Line 58 from Line 53 and enter the result. | $ |

## Part VI. ADDITIONAL EXPENSE CLAIMS

| 60 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b and c | $ |

## Part VII. VERIFICATION

| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* |
|---|---|

Date: **May 16, 2011**     Signature: ___/s/ Peterchris Okpala___
(Debtor)

Date: _____     Signature: _____
(Joint Debtor, if any)

**United States Bankruptcy Court**
**Central District of California, Riverside Division**

IN RE:                                                                          Case No. _____

Okpala, Peterchris _____                Chapter **13**_____
                        Debtor(s)

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached
Master Mailing List of creditors, consisting of _____**8** sheet(s) is complete, correct and consistent with the debtor's schedules
pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.


Date: **May 16, 2011** _____        Signature: **/s/ Peterchris Okpala** _____
                                                        **Peterchris Okpala**                                        Debtor


Date: _____            Signature: _____
                                                                                    Joint Debtor, if any


Date: _____            Signature: _____
                                                                                    Attorney (if applicable)

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

Peterchris Okpala
14384 Chumash Pl
Victorville, CA   92394-6755


United States Trustee
3685 Main Street Suite 300
Riverside, CA   92501

Access Group Inc
1411 Foulk Rd
Wilmington, DE  19803-2773


Acs/edfnpart
501 Bleecker St
Utica, NY  13501-2401


Acs/gco Ed Loan Fund
501 Bleecker St
Utica, NY  13501-2401


Ad Astra Recovery Serv
3611 N R R
Wichita, KS  67205


Aes/mru
PO Box 2461
Harrisburg, PA  17105-2461


Aes/national Collegiat
PO Box 2641
Harrisburg, PA  17105-2641


Aes/nct
1200 N 7th St
Harrisburg, PA  17102-1419


Aes/nct
REINSURANCE DEPT BANKRUPTCY
Unit 120 N 7th
Harrisburg, PA  17102


Aes/rbs Citizens Na
PO Box 2461
Harrisburg, PA  17105-2461

Afni Inc
PO Box 3097
Bloomington, IL  61702-3097


Amex
PO Box 297871
Fort Lauderdale, FL  33329-7871


Amex
PO Box 981535
El Paso, TX  79998-1535


Arrow Financial Servic
5996 W Touhy Ave
Niles, IL  60714-4610


Asset Acceptance Llc
PO Box 2036
Warren, MI  48090-2036


Cach Llc
4340 S Monaco St Fl 2
Denver, CO  80237-3408


Cach Llc
ATTENTION:  BANKRUPTCY DEPARTMENT
4340 S Monaco St 2nd Fl
Denver, CO  80237-3485


Cashcall Inc
1600 S Douglass Rd
Anaheim, CA  92806-5948

Cashcall Inc
ATTENTION:  BANKRUPTCY DEPARTMENT
1600 S Douglass Rd
Anaheim, CA  92806-5948


Chase
PO Box 6004
Ridgeland, MS  39158-6004


Chase
Bank One Card Serv
Westerville, OH  43081


Chase
ATTN: BANKRUPTCY DEPT
PO Box 15298
Wilmington, DE  19850-5298


Citifinancial
300 Saint Paul Pl
Baltimore, MD  21202-2120


County Financial Servi
5255 E Hunter Ave
Anaheim, CA  92807-2052


Credit Protection Asso
13355 Noel Rd Ste 2100
Dallas, TX  75240-6837


Credit Protection Asso
PO Box 802068
Dallas, TX  75380-2068

Daniels Home Center
255 S Euclid St
Anaheim, CA   92802-1013


Fed Loan Serv
PO Box 69184
Harrisburg, PA   17106-9184


Gemb/care Credit
PO Box 981439
El Paso, TX   79998-1439


Gemb/mervyns
PO Box 981400
El Paso, TX   79998-1400


Gemb/mervyns
ATTENTION:  BANKRUPTCY
PO Box 103104
Roswell, GA   30076-9104


Golden State Credit Sv
280 N Benson Ave Ste 6
Upland, CA   91786-5652


High Desert Creditors
14608 Main St Ste B
Hesperia, CA   92345-3381


Home Loan Services Inc
450 American St
Simi Valley, CA   93065-6285

Home Loan Services Inc
PO BOX 5570
Locbr-Yb58-01-3 Bankruptcy
Cleveland, OH  44101


Medicredit Corporation
1801 California Ave
Corona, CA  92881-7251


Mrs Bpo Llc
1930 Olney Ave
Cherry Hill, NJ  08003-2016


Sallie Mae
PO Box 9500
Wilkes Barre, PA  18773-9500


Sallie Mae
ATTN: BANKRUPTCY
PO Box 9500
Wilkes Barre, PA  18773-9500


Security Credit Servic
2623 W Oxford Loop
Oxford, MS  38655-5442


Security Credit Servic
2653 WEST OXFORD LOOP
Suite 108
Oxford, MS  38655


The Best Service Co/ca
10780 Santa Monica Blvd
Los Angeles, CA  90025-4749

Us Dept Of Ed/glelsi
2401 International Ln
Madison, WI  53704-3121


Usa Credit
Customer Service
Uniontown, PA  15401


Usa Credit
ATTN: TAMELA BARTON
1 Millennium Dr
Uniontown, PA  15401-6408


Usded/glelsi
2401 International Ln
Madison, WI  53704-3121


Usdoe/glelsi
2401 International Ln
Madison, WI  53704-3121


Vanderbilt Mortgage
PO Box 15170
Knoxville, TN  37901


Vanderbilt Mortgage
ATTN: BANKRUPTCY DEPT
PO Box 9800
Maryville, TN  37802-9800


Wescom Credit Union
123 S Marengo Ave
Pasadena, CA  91101-2428

Wescom Credit Union
ATTN: CONSUMER LENDING
PO Box 7042
Pasadena, CA   91109-7042


Wff Cards
Mac 4031-080
Des Moines, IA   50309


Wff Cards
WELLS FARGO FINANCIAL
4137 121st St
Urbandale, IA   50323-2310


Wffinancial
Mac 4031-080
Des Moines, IA   50309

U.S. Department of Justice

Office of the United States Trustee
Central District of California

---

Issued: February 25, 2003

---

# UNITED STATES TRUSTEE
## CENTRAL DISTRICT OF CALIFORNIA

### *AMENDED BANKRUPTCY PETITION PREPARER GUIDELINES*

In accordance with its obligation to monitor compliance with 11 U.S.C. § 110, the United States Trustee for the Central District of California is providing the following guidelines for non-attorneys who prepare documents for filing in the United States Bankruptcy Court. Failure to comply with the following guidelines will result in enforcement actions by the Office of the United States Trustee.

1.  A bankruptcy petition preparer may only type forms. When a bankruptcy petition preparer provides services that go beyond the above, those services can constitute the unauthorized "practice of law."

2.  A bankruptcy petition preparer is not an attorney and is not authorized to practice law. As defined by statute and case law, the activities that constitute the practice of law in the bankruptcy court include, but are not limited to, the following:

    A.  Determining when to file bankruptcy;
    B.  Explaining the difference between chapters or determining under which chapter of the Bankruptcy Code to file a voluntary petition;
    C.  Explaining information necessary to complete the bankruptcy petition;
    D.  Advising debtors regarding the claiming of exemptions;
    E.  Explaining or determining which debts are priority, secured, or unsecured;
    F.  Suggesting or determining where items belong on the petition, based on information provided by a debtor;
    G.  Preparing any pleadings other than filling out official forms promulgated by the United States Supreme Court or by the United States Bankruptcy Court of the Central District of California;
    H.  Explaining or discussing the impact that a bankruptcy filing may have on an eviction or foreclosure proceeding;
    I.  Explaining or discussing the impact that a bankruptcy filing may have on the dischargeability of debts, including outstanding student loans or taxes;
    J.  Explaining, discussing, or assisting a debtor with a reaffirmation agreement;

U. S. TRUSTEE BANKRUPTCY PETITION PREPARER GUIDELINES, page 2

     K.  Assisting or appearing with the debtor or on a debtor's behalf at the § 341(a) Meeting of Creditors;

     L.  Discussing or assisting a debtor with determining whether a certain debt should be reaffirmed or redeemed; and

     M.  Providing advice or guidance to a debtor regarding the actions that may or may not be taken by a creditor, United States Bankruptcy Trustee, United States Bankruptcy Court, United States Bankruptcy Judge, or another third party.

3.  Translating documents may not necessarily be considered the practice of law. However, translation services provided to a debtor should not include services listed in paragraph 2 above.

4.  A petition preparer has an ongoing responsibility to disclose to the court any fees received or compensation agreement not previously disclosed to the court. Within ten (10) days of receiving additional compensation or entering into an agreement with a debtor(s) for additional compensation, the petition preparer shall disclose all additional fees or compensation arrangements to the court.

5.  The charge typically allowed in this district for a bankruptcy petition preparer's services is no more than $200, including, but not limited to, any and all expenses such as photocopying, costs of credit reports, postage and telephone charges. The United States Trustee may object to any fee above this amount. A lower fee ceiling may apply to an incomplete bankruptcy filing or any document where only limited typing is necessary. This fee does not include the filing fee, which the debtor must pay directly to the clerk of the bankruptcy court. All filing fees shall be made payable to the "United States Bankruptcy Court," and the petition preparer must disclose the amount of those filing fees to the debtor when the preparer informs the debtor of the cost of his or her services.

6.  Debtors have the right to file their bankruptcy documents in person at the Bankruptcy Court or by mailing them to the Court, consistent with the Court's procedure. Should a preparer assist with the physical filing of petitions with the Court or charge a debtor for messenger or courier costs, the U.S. Trustee may file a motion for fines under 11 U.S.C. § 110(g) and/or request that the Court order the preparer to return those costs to the debtor. If messenger or courier costs are charged, the total amount for all preparer services, excluding the filing fees, may not exceed the $200 referred to in paragraph 5.

7.  Before typing any document whatsoever and before accepting any money from the debtor(s), the bankruptcy petition preparer must provide a copy of these Guidelines to the debtor(s), which must be signed and dated by the debtor(s) and the bankruptcy petition

U. S. TRUSTEE BANKRUPTCY PETITION PREPARER GUIDELINES, page 3

preparer as provided below.  The original signed copy of the
Guidelines must be attached to any petition, pleading or other
document filed with the court. If these Guidelines are filed with
the bankruptcy petition, the U.S. Trustee suggests that it be
placed in front of the mailing matrix.

8.   If a bankruptcy petition preparer communicates with a debtor
     primarily in a language other than English, the petition preparer
     shall provide a copy of these Guidelines to the debtor(s) in that
     language.

9.   A petition preparer should keep a copy of the Guidelines signed by
     the debtor for a period of two years from the date of signature.

10.  Upon motion of a debtor, a creditor, or any party in interest,
     including the United States Trustee, or on the court's own motion,
     the fees of a bankruptcy petition preparer may be reduced at the
     discretion of the Court.  THE U.S. TRUSTEE MAY REQUEST THAT THE
     COURT ORDER ALL FEES REFUNDED TO A DEBTOR WHERE THE BANKRUPTCY
     PETITION PREPARER HAS ACTED INCOMPETENTLY, ILLEGALLY, HAS ENGAGED
     IN THE UNAUTHORIZED PRACTICE OF LAW, OR HAS FAILED TO COMPLY WITH
     THESE GUIDELINES.

11.  Anyone, including a debtor, who believes that a bankruptcy petition
     preparer has violated 11 U.S.C. § 110 or has given legal advice
     should advise the United States Trustee in writing of the
     circumstances.

12.  These guidelines replace the Guidelines issued on July 15, 2002 and
     are effective March 1, 2003.

Name of Debtor(s): ____Peter Chris Okpala____
                        *Please print or type*

I declare under penalty of perjury that I have provided a copy of
these guidelines to the debtor(s) in this case.

X_____     Date: 5/16/11
Signature of Bankruptcy Petition Preparer


I declare under penalty of perjury that the above listed non-
attorney bankruptcy petition preparer has provided me with a copy
of these guidelines.

X_____     Date: 5/16/11
Signature of Debtor


X_____     Date: _____
Signature of Joint Debtor (Spouse)