| | |
|---|---|
| **United States Bankruptcy Court**<br>**Central District Of California** | |
| In re:<br>Peterchris Okpala<br>aka Peterchris Okpala, aka Peterchris Valentine Okpala | CHAPTER NO.: 13<br><br>CASE NO.: 6:11−bk−26093 |

# ORDER TO COMPLY WITH BANKRUPTCY RULE 1007 and 3015(b) AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

**Chapter 13 Plan**

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rules 1007(c) and 3015(b), <u>within 14 days after you filed the petition</u>, **YOU MUST EITHER:**

(1)  File the required documents. If the document is filed electronically, no hard copy need to be submitted to the court. (See Local Bankruptcy Rule 5005−2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)

**OR**

(2)  File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

**BY ORDER OF THE COURT**                                                                                     **KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: <u>May 16, 2011</u>                                                                                            **By: <u>Kimberly Romero</u>**
                                                                                                                                            **Deputy Clerk**

deforco – Revised 12/2010                                                                                                                                      **1 / KRG**